IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **LY TRI,**<br><br>Plaintiff,<br><br>v.<br><br>**C. GUTIERREZ, et al.,**<br><br>Defendants. | 1:22-cv-00836-SKO (PC)<br><br>**ORDER GRANTING DEFENDANTS' REQUEST FOR EXTENSION OF TIME TO FILE WAIVERS OF SERVICE OF PROCESS** |

The Attorney General's Office is specially appearing on behalf of Defendants Gutierrez and McNutt in this matter to request an extension of time to execute service waivers. Good cause appearing, the first request for extension of time in which to execute service waivers for Defendants Gutierrez and McNutt is GRANTED. Defendants Gutierrez and McNutt shall have thirty days from the date of this order to execute waivers of service.

IT IS SO ORDERED.

Dated:   **June 30, 2023**                    /s/ *Sheila K. Oberto*
                                              UNITED STATES MAGISTRATE JUDGE