# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LY TRI, | Case No. 1:22-cv-00836-KES-SKO |
| Plaintiff, | |
| v. | |
| C. GUTIERREZ, et al., | **ORDER & WRIT OF HABEAS CORPUS** |
| Defendants. | **AD TESTIFICANDUM** |

**Ly Tri**, **CDCR # K-54787**, a necessary and material witness in a telephonic pre-settlement conference in this case on October 6, 2025, is confined in Folsom State Prison (FSP), in the custody of the Warden. In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Helena M. Barch-Kuchta, by teleconference from his place of confinement, on **October 6, 2025, at 11:00 a.m.**

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above, by teleconference, to participate in a telephonic pre-settlement conference at the time and place above, until completion of the settlement conference or as ordered by the court. Teleconference Line: 1-669-254-5252; Meeting I.D. 160-644-7139; Passcode is 646053.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

3. The Clerk of the Court is directed to serve a copy of this order via fax on the Litigation Office at Folsom State Prison at (916) 351-3086 or via email.

4. Any difficulties connecting to the teleconference shall immediately be reported to Patricia Apodaca, Courtroom Deputy, at papodaca@caed.uscourts.gov.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, FSP, 300 Prison Road, Represa, California 95671:**

**WE COMMAND** you to produce the inmate named above to testify before Judge Barch-Kuchta at the time and place above, by teleconference, until completion of the telephonic pre-settlement conference or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated: __**September 16, 2025**__         ___/s/ *Sheila K. Oberto*___
                                                                         UNITED STATES MAGISTRATE JUDGE

