IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRI LY,<br><br>                    Plaintiff,<br><br>        v.<br><br>C. GUTIERREZ, et al.,<br><br>                    Defendants. | Case No. 1:22-cv-00836-KES-SKO<br><br>**ORDER RE STIPLUATION FOR VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE**<br><br>(Doc. 57) |

On November 14, 2025, the parties filed a Stipulation for Voluntary Dismissal with Prejudice. (Doc. 57.) The stipulation is signed and dated by Plaintiff Tri Ly and by Carolyn G. Widman, counsel for Defendant C. Gutierrez. (*Id*.) It indicates that the parties stipulate to a dismissal of this action with prejudice and each party is to bear its own litigation costs and attorney's fees. (*Id.*)

Accordingly, this action is terminated by operation of law without further order from the Court. Fed. R. Civ. P. 41(a)(1)(A)(ii). The Clerk of the Court is directed to terminate all pending motions and deadlines and to close this case.

IT IS SO ORDERED.

Dated:   **November 17, 2025**                    /s/ *Sheila K. Oberto*

1

UNITED STATES MAGISTRATE JUDGE