IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| TRI LY,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>C. GUTIERREZ, et al.,<br><br>　　　　　　　　　　Defendants. | Case No. 1:22-cv-00836-KES-SKO (PC)<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR PAYMENT OF SETTLEMENT AS PREMATURE AND MOOT**<br><br>(Doc. 59) |

This action was closed on November 17, 2025, when the parties filed a Stipulation for Voluntary Dismissal with Prejudice following settlement proceedings. (*See* Docket Entry 55, Docs. 57 & 58.)

On April 10, 2026, Plaintiff filed a document titled "Notice of Motion for Payment of Settlement Not Made Within 180 Days Timeline." (Doc. 59.) Briefly, Plaintiff states settlement funds "have not been received nor attempted by (CDCR)." (*Id*. at 2.) Plaintiff states he has "not heard from the California State Treasury (California Controller)" about the settlement funds nor has he been advised as to any status. (*Id*.) Plaintiff requests "the help of this Court to resolve this situation." (*Id*.)

1

On April 16, 2026, Defendant Gutierrez filed Defendant's Response to Plaintiff's Motion for Payment of Settlement. (Doc. 60.) Defendant states "payment is not due until April 26, 2026" because "all necessary settlement documents" were not received until October 28, 2025. (*Id*.) Further, Defendant states defense counsel was notified on March 11, 2026, "that CDCR processed this settlement to their accounting office." (*Id*.) Defendant asks the Court to deny Plaintiff's motion because "payment is not due yet." (*Id*. at 2.)

The 180-day clock on receipt of settlement funds begins when Defendant receives the completed and signed settlement documents from Plaintiff. Because Defendant received those documents on October 28, 2025, the funds were due no later than April 26, 2026. Thus, when Plaintiff filed his motion on April 10, 2026, settlement funds were not overdue, making his motion premature.

Moreover, since the parties' filings, Plaintiff has not contacted the Court or replied to Defendant's response to indicate that he did not receive the settlement funds by April 26, 2026. Therefore, the Court presumes the funds were timely received by Plaintiff and will deny Plaintiff's premature motion as moot.

Accordingly, for the reasons stated above, the Court **HEREBY ORDERS** that Plaintiff's motion filed April 10, 2026 (Doc. 59) is **DENIED** as premature and moot.

IT IS SO ORDERED.

    Dated:   **May 5, 2026**

                                                    _____
                                                    UNITED STATES MAGISTRATE JUDGE

2